PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

| | |
|---|---|
| Name of Individual Under Supervision: Melissa Frisbey | Cr.: 23-00535-001 |
| | PACTS #: 7464921 |

Name of Sentencing Judicial Officer:  CYNTHIA ANN BASHANT
UNITED STATES DISTRICT JUDGE (SD/CA)
(Assigned to the Hon. Christine P. O'Hearn on July 5, 2023)

Date of Original Sentence: 10/24/2022

Original Offense:    Count One: 21 U.S.C. §§ 952 and 960, Importation of Heroin; a Class C Felony

Original Sentence: Time Served, 3 years supervised release

Special Conditions: Search/Seizure, Place Restriction/Republic of Mexico, Comply with ICE Instructions, Community Service - 150, $100 Special Assessment

| | |
|---|---|
| Type of Supervision: Supervised Release | Date Supervision Commenced: 10/24/2022 |

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The individual under supervised release has violated the following mandatory condition of supervised release: **The defendant must not illegally possess a controlled substance. The defendant must refrain from any unlawful use of a controlled substance.** |
| | On October 4, 2023, Ms. Frisbey submitted a urinalysis which returned positive for marijuana. |

U.S. Probation Officer Action:
When asked about the initial positive, Ms. Frisbey admitted to smoking marijuana in an effort to relieve the nausea she had been experiencing. Ms. Frisbey admitted that she had tried every nausea medicine and home remedy with no success. The undersigned officer verbally reprimanded Ms. Frisbey and informed her that she cannot consume marijuana while on supervised release. Ms. Frisbey was made aware that further noncompliance would be promptly relayed to the Court. Since then, Ms. Frisbey has submitted negative urinalysis tests on December 21, 2023, and September 30, 2024. At this time, we are requesting no formal court action.

Prob 12A – page 2
Melissa Frisbey

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   JAVIER MARRERO
U.S. Probation Officer

/ jm

APPROVED:

_____   9/30/24
ANTHONY M. STEVENS                                Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

10/2/24
Date